IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROVI CORPORATION, ROVI GUIDES, INC. (F/K/A GEMSTAR-TV GUIDE INTERNATIONAL INC.), GEMSTAR DEVELOPMENT CORPORATION, AND UNITED VIDEO PROPERTIES, INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. <br><br> **Defendants.** | Civil Action No. 3:11-cv-533 (HEH) |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Rovi Corporation, Rovi Guides, Inc., Gemstar Development Corporation, and United Video Properties, Inc., (collectively "Rovi") and Defendants Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") represent to the Court that all matters in dispute between them have been resolved and hereby stipulate to the dismissal with prejudice as settled of all claims brought by the parties in this action. The parties further agree that the parties shall bear their own attorney's fees, expenses, and costs.

A proposed Order, dismissing all claims with prejudice is being filed contemporaneously herewith.

Date: October 4, 2011

**WE STIPULATE TO THE FOREGOING:**

| | |
|---|---|
| /s/  Nichole Buck Vanderslice | /s/  Justin Torres |

Nichole Buck Vanderslice (Va. Bar No. 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (Va. Bar No. 41539)
bhill@cblaw.com
S. Perry Coburn (Va. Bar No. 78372)
pcoburn@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Joel M. Freed (Va. Bar No. 06555)
jfreed@mwe.com
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Of Counsel

Yar R. Chaikovsky
David L. Larson
Hong S. Lin
Jeremiah A. Armstrong
Cary Chien
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

*Attorneys for Plaintiffs Rovi Corporation, Rovi Guides, Inc. (f/k/a Gemstar-TV Guide International, Inc.), Gemstar Development Corporation, and United Video Properties, Inc.*

Justin Torres (Va. Bar No. 77404)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Fax: 202.530.4216
jtorres@gibsondunn.com

Of Counsel

Josh Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Fax: 212.351.4035
jkrevitt@gibsondunn.com

Mark Reiter
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Fax: 214.571.2900
mreiter@gibsondunn.com

H. Mark Lyon
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Fax: 650.849.5333
mlyon@gibsondunn.com

*Attorneys for Defendants Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF systemOctober 4, 2011, which will then send a notification of such filing (NEF) to the following:

Justin Torres (Va. Bar No. 77404)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Fax: 202.530.4216
jtorres@gibsondunn.com

Josh Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Fax: 212.351.4035
jkrevitt@gibsondunn.com

Mark Reiter
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Fax: 214.571.2900
mreiter@gibsondunn.com

H. Mark Lyon
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Fax: 650.849.5333
mlyon@gibsondunn.com

*Attorneys for Defendants Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc.*

          /s/ Nichole Buck Vanderslice
Nichole Buck Vanderslice (Va. Bar No. 42637)
nvanderslice@cblaw.com
R. Braxton Hill, IV (Va. Bar No. 41539)
bhill@cblaw.com
S. Perry Coburn (Va. Bar No. 78372)
pcoburn@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Plaintiffs Rovi Corporation, Rovi Guides, Inc. (f/k/a Gemstar-TV Guide International, Inc.), Gemstar Development Corporation, and United Video Properties, Inc.*